AO 91 (Rev 8/01)  Criminal Complaint

United States Courts
Southern District of Texas
FILED

January 12, 2022
Nathan Ochsner, Clerk of Court

## United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Conrado Luis-Riano

**CRIMINAL COMPLAINT**

Case Number: M-22-0052-M

IAE   YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 10, 2022** in **Starr** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Salineno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Conrado Luis-Riano was encountered by Border Patrol Agents near Salineno, Texas on January 10, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on January 5, 2022, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on June 8, 2020, through San Ysidro, California. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA A. Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 12, 2022   at 7:04 a.m.

/S/   Shakira Singho
Signature of Complainant
Shakira Singho                                Border Patrol Agent

J. Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer